UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:   1:21-cv-22089- BLOOM/Otazo-Reyes

DAVID JAFFEE, an individual,
(d/b/a BestStockStrategy)

    Plaintiff,

v.

OPTION ALPHA, LLC, a Florida
Limited Liability Company,
KIRK DU PLESSIS, an individual,
and DOES 1-10

    Defendants.
_____/

**MOTION FOR SUSANNE ARANI TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule, 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Disciple of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Susanne Arani, Esq. whose address is located at 1028 Rosario Lane, Vista, California 92084, and phone (760) 331-8426, for appearance as co-counsel on behalf of Plaintiff David Jaffee in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Susanne Arani to receive electronic filings in this case, and in support thereof states as follows:

    1.    Susanne Arani is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar, and the U.S. District Courts for the State of California in the Northern, Central, and Southern Districts.  In the last 365 days, Susanne Arani, Esq. has moved for *pro hac vice* admission one time, on or about July 29, 2020 in the U.S.

District Court for the Southern District of Florida. This motion was granted on or about July 29, 2020. Aside from this appearance, Susanne Arani has no other requested admissions in the U.S. District Courts for the State of Florida in the last calendar year.

2. Movant, Agnes Mombrun Geter Esquire, of the law office of Mombrun Law, PLLC, whose address is located at 2850 34th Street North, Suite 350, Saint Petersburg, Florida 33713, and phone (321) 216-2040, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Susanne Arani has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Susanne Arani, by and through designated counsel and pursuant to section 2B CM/ECF Administrative Procedures, hereby requests the Court provide Notice of Electronic Filings to Susanne Arani at the email address: susarani@gmail.com.

WHEREFORE, Agnes Mombrun Geter, Esq. moves this Court to enter an Order admitting Susanne Arani, Esq. to appear before this Court on behalf of Plaintiff David Jaffee for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Susanne Arani.

Dated:  June 8, 2021                                        Respectfully Submitted,


*/s/ Agnes Mombrun Geter*
Agnes Mombrun Geter, Esq.
Florida Bar No. 77001
agnes@mombrunlaw.com
**Mombrun Law, PLLC**
2850 34th Street North, Suite 350
Saint Petersburg, Florida 33713
Tel.: (321) 216-2040


Susanne Arani, Esq.
*Pro Hac Vice* Pending
California Bar No.: 238891
susarani@gmail.com
Arani Law
1028 Rosario Lane
Vista, California 92084
Tel.: (760) 331-8426

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve all defendants by U.S. First-Class Mail.

Option Alpha, LLC
78 South West 7th Street, 5th Floor
Miami, Florida 33130

Kirk Du Plessis
78 South West 7th Street, 5th Floor
Miami, Florida 33130

Dated: June 8, 2021                           */s/ Agnes Mombrun Geter*
                                                                   Agnes Mombrun Geter, Esq.