UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-22089-BB

DAVID JAFFEE, an individual,
(d/b/a BestStockStrategy),

      Plaintiff,

v.

OPTION ALPHA, LLC, a Florida
Limited Liability Company, KIRK
DU PLESSIS, an individual,
and DOES 1-10,

      Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE
FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

    Defendants Option Alpha, LLC and Kirk Du Plessis and Plaintiff David Jaffee, (collectively, the "Parties") respectfully move this Court for two-week extension of the deadline to respond to Plaintiff's complaint, and in support thereof state as follows.

    1.    A response to the Complaint is currently due by July 16, 2021.

    2.    The Parties are engaged in fruitful settlement discussions and expect to be able to memorialize the specific terms of their agreement shortly.

    3.    The Parties, therefore, respectfully request an extension of time, up to and through July 30, 2021, to respond to Plaintiff's Complaint.

    4.    Rule 6 of the Federal Rules of Civil Procedure provides this Court with authority to extend a deadline "for good cause" upon a Motion by a party. Fed. R. Civ. P 6(b)(1)(A). Pursuant to that Rule, Defendants respectfully submit that good cause supports the requested extension.

    5.    The requested extension is made in good faith and will not cause any unnecessary

delay in the proceedings.

6. For these reasons, Defendants respectfully request that this Court enter an Order granting this Motion and extending the deadline for Defendants to respond to Plaintiff's Complaint to July 30, 2021.

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel: 305.297.1878

By: */s/ Rossana Arteaga-Gomez*
Rossana Arteaga-Gomez, Esq.
Florida Bar No. 0014932
rossana@axslawgroup.com
eservice@axslawgroup.com

*Counsel for Defendants*
*Option Alpha, LLC and Kirk Du Plessis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2021, a true and correct copy of the foregoing was served on all counsel of records via the CM-ECF.

*/s/ Rossana Arteaga-Gomez*
Rossana Arteaga-Gomez